*In re* JAMES SHEPARD, *Petitioner*.

No. 13,740. (74 Pac. 1133.)

Original proceeding in *habeas corpus*. Opinion filed November 7, 1903. Writ denied.

*H. C. Bowman*, and *Lambert & Huggins*, for petitioner. *Branine & Branine*, and *S. R. Peters*, for respondent.

*Per Curiam:* The modified decree of the district court changing the custody of the two minor children from the mother, Maude Gibson, to the petitioner, their father, is

not binding on this court. The welfare of the children is still open to consideration. (*In re King*, 66 Kan. 695, 72 Pac. 263.)

It appears that the mother is affectionately attached to the children; that she has kept them at school and dressed them as well as her financial circumstances will allow. She has sent them to Sunday-school during her residence in Kansas City. The petitioner has contributed **nothing** toward their support in the past four years. **After** considering all the evidence, we think that the **welfare of** the children does not demand a change of custody.

The writ of *habeas corpus* will be denied.